## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

| | | |
|---|---|---|
| In re | : | |
| Gail Lynett Bloodworth | : | Case Number: 03-53447 |
| Debtor | : | (Chapter 7) |
| | : | |
| | : | |
| Marylin Pierre | : | Adversary Proceeding Number: |
| 600 South Frederick Avenue | : | |
| Suite 303 | : | |
| Gaithersburg, MD 20877-1245 | : | |
| Plaintiff | : | |
| v. | : | |
| | : | |
| Gail Lynett Bloodworth | : | |
| P.O. Box 3635 | : | |
| Laurel, MD 20707 | : | |
| | : | |

### COMPLAINT TO DETERMINE DISCHARGEABILITY
### OF DEBT AND FOR ENTRY OF JUDGMENT

The Complaint of Marylin Pierre, hereinafter referred to as Plaintiff, respectfully represents as follows:

1. Jurisdiction is based on 28 U.S.C. § 1334, 28 U.S.C. §157, 11 U.S.C §523(a).

2. On March 4, 2003, Gail Lynett Bloodworth, hereinafter referred to as Debtor, filed a Chapter 13 bankruptcy and converted to a case under Chapter 7 on October 2, 2003.

3. That on June 4, 2002, Plaintiff sent an invoice for $4,771.40 to Debtor for services rendered in representing her in a divorce, alimony, child support, child custody, and property issue matter.

4. That the amount owed to Plaintiff is not dischargeable because it is for services rendered in a divorce, alimony, child support, child custody, and property issue proceeding.

WHEREFORE, Marylin Pierre requests that this Court:

1. Enter a judgment in favor of Marylin Pierre against Gail Lynett Bloodworth for $4,771.40 plus interests and costs;

2. Determine that the Debtor's Debt to Marylin Pierre as evidence by the judgment is not dischargeable; and

3. Grant Marylin Pierre such other and further relief as may be necessary.

- Page 2 -

/s/ Marylin Pierre
Marylin Pierre, Plaintiff
Bar Number: 10075
600 South Frederick Avenue, Suite 303
Gaithersburg, MD 20877-1245
(301) 417-6900